UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES MOORE,

    Plaintiff,

vs.

Case No. 07-CV-14742
HON. GEORGE CARAM STEEH

LEO BURNETT WORLDWIDE, INC., et al.,

    Defendants.

_____/

## ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT (#16)

Plaintiff James Moore moves for leave to file an amended complaint to add claims of employment discrimination under Michigan's Elliott-Larsen Civil Rights Act (ELCRA), M.C.L. §§ 37.2101, et seq., breach of contract, additional claims of discrimination and retaliation, and separate counts of retaliation and constructive discharge. Moore represents that the defendants do not oppose the motion. Leave to amend a complaint is to be freely granted when justice so requires. See Fed. R. Civ. P. 15(a). Absent opposition to the motion,

Plaintiff's motion for leave to file an amended complaint is hereby GRANTED.

SO ORDERED.

Dated: June 26, 2008

                              s/George Caram Steeh
                              GEORGE CARAM STEEH
                              UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on June 26, 2008, by electronic and/or ordinary mail.

s/Josephine Chaffee
Deputy Clerk